```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
SHAMEKIA COOK ET AL, :
:
               Plaintiffs, :      1:05-cv-04371-GHW
:
            -v - :      ORDER
:
THE CITY OF NEW YORK :
ADMINISTRATION FOR CHILDREN'S :
SERVICES ET AL, :
:
               Defendants. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    The Court will hold a status conference in this case on March 26, 2020 at 3:00 p.m. The Court is in receipt of Trustee Malka Louzon's letter dated March 9, 2020. The parties are directed to address all further correspondence to the Court, file all correspondence on ECF, and to comply with the Court's Individual Rules of Practice in Civil Cases. The Court notes that Ms. Louzoun's letter refers to a conversation between Ms. Louzoun and court staff; no ex parte communication occurred, as Ms. Louzoun was directed by phone to submit a letter to the Court. Ms. Louzoun is directed to serve a copy of this order on Shamekia Cook, and to retain proof of such service.

    SO ORDERED.

Dated: March 13, 2020
       New York, New York

                                                   GREGORY H. WOODS
                                               United States District Judge