USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
: 
SHAMEKIA COOK ET AL, :
:
                           Plaintiffs, :   1:05-cv-04371-GHW
:
               -v - :   ORDER
:
THE CITY OF NEW YORK :
ADMINISTRATION FOR CHILDREN'S :
SERVICES ET AL, :
:
                       Defendants. :
:
-------------------------------------------------------------- :
                                                      X

GREGORY H. WOODS, United States District Judge:

      In accordance with the Court's Emergency Rules related to the COVID-19 pandemic, the status conference scheduled for March 26 at 3:00 p.m. will be held via conference call. The parties are directed to the Court's Emergency Rules related to the COVID-19 pandemic, which are available on the Court's website, for dial-in numbers for the conference and other relevant information. Ms. Louzoun is directed to serve a copy of this order on Shamekia Cook, and to file proof of such service.

      SO ORDERED.

Dated: March 23, 2020

                                                                   GREGORY H. WOODS
                                                           United States District Judge